

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0987-09

**RICHARD LYNN WINFREY, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE ELEVENTH COURT OF APPEALS SAN JACINTO COUNTY

**COCHRAN, J.,** filed a concurring opinion, in which **WOMACK, JOHNSON** and **HOLCOMB, JJ.,** joined.

### OPINION

Appellant did not object at trial to Deputy Pikett's "dog scent line-up" testimony. Therefore, neither the court of appeals nor this Court has had an occasion to review or determine the admissibility of that evidence under either *Kelly v. State*[1] or *Nenno v. State*.[2]

---

[1] 824 S.W.2d 568 (Tex. Crim. App. 1992) (setting out standards for the admissibility of scientific expert testimony under TEX. R. EVID. 702).

[2] 970 S.W.2d 549 (Tex. Crim. App. 1998) (setting out standards for the admissibility of non-scientific expert testimony under TEX. R. EVID. 702).

But, as the majority holds, even if Deputy Pikett's testimony concerning the "dog scent line-up" was properly admissible under Rule 702, the evidence is still legally insufficient to support appellant's conviction.

With that understanding, I join the majority opinion.


Filed: September 22, 2010
Publish